# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

REGINALD C. SCOTT, :

    Plaintiff :

                                       CIVIL ACTION NO. 3:18-0251

v. :

                                       (Judge Mannion)

COMM. OF PA, et al., :

    Defendants :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 6) is **GRANTED**.

2. The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

3. Plaintiff's action is **DISMISSED**, without prejudice for failure to state a claim under 28 U.S.C. §1915A.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**Dated: May 1, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0251-01-ORDER.wpd